UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
OC VENTURES and YANGLONG SONG,  :
:
Plaintiffs,  :
:  24-CV-8145 (VSB)
:
- against -   :   **ORDER**
:
:
IVY FUND MANAGER LLC and  :
SHANGXUAN TAN,  :
:
Defendants.  :
:
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    On November 26, 2024, I held a telephonic conference with the parties to this action. In accordance with my remarks at the conference, the parties are directed to conduct jurisdictional discovery, which will conclude on December 13, 2024. At the conclusion of this jurisdictional discovery period, the parties are directed to submit a joint letter outlining their jurisdictional findings, or in the event the parties dispute the findings, two separate letter briefs of no more than five (5) pages each.

SO ORDERED.

Dated: November 27, 2024
      New York, New York

                                        Vernon S. Broderick
                                        United States District Judge